Duncan BURTON, Petitioner–Appellant

v.

Joe YOUNG, Respondent–Appellee.

No. 06–30997
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2007.

Duncan Burton, Oakdale, LA, pro se.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Duncan Burton, federal prisoner # 12339–058, appeals the dismissal of his 28 U.S.C. § 2241 petition for lack of jurisdiction. Burton challenges the sentence imposed upon his conviction for conspiracy and possession of cocaine with intent to distribute. He seeks relief pursuant to *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). He also seeks an order restraining the Bureau of Prisons from transferring him while his claim is pending, and he moves to expedite his appeal.

Burton's claim does not fall under the savings clause of 28 U.S.C. § 2255; thus, he may not pursue relief under § 2241. *See Padilla v. United States,* 416 F.3d 424, 426–27 (5th Cir.2005); *Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir. 2001).

AFFIRMED; MOTIONS DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.